1 MCGREGOR SCOTT
United States Attorney
2 MAUREEN E. DOWLING
Special Assistant U.S. Attorney
3 412 TW/JA
1 South Rosamond Blvd.
4 Edwards AFB, California 93524
Phone: (661) 277-4316 / Fax: (661) 277-2887

5

6 Attorneys for Plaintiff

7 UNITED STATES DISTRICT COURT

8 EASTERN DISTRICT OF CALIFORNIA

9 UNITED STATES OF AMERICA,                    ) Case Nos.: 5:18-po-00356 JLT, 5:18-po-00415 JLT
                                               ) Citation No. 7510458
                                               )            7510457
10                    Plaintiff,               )
                                               ) GOVERNMENT'S MOTION AND
                                               ) PROPOSED ORDER FOR DISMISSAL
11 v.                                          )
                                               )
12 SEAN ALESAFAR,                              )
                                               )
13 _____ Defendant         )

14     The United States of America, by and through McGregor Scott, United States Attorney,

15 and Maureen E. Dowling, Special Assistant United States Attorney, hereby moves to dismiss

16 Citation Number 7510458 against SEAN ALESAFAR without prejudice in the interest of

17 justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

18

19 Dated: March 5, 2019                     Respectfully Submitted,
                                           McGregor Scott
20                                         United States Attorney
21                               By:       _Maureen Dowling_ (signature)
22
                                           Maureen E. Dowling
23                                         Special Assistant United States Attorney

24
25

## O R D E R

IT IS HEREBY ORDERED that Citation Number 7510458 against SEAN ALESAFAR be dismissed without prejudice, in the interest of justice.

Dated: _____March 6_____, 2019

_Jennifer L. Thurston_
HON. JENNIFER L. THURSTON
United States Magistrate Judge

U.S. v. SEAN ALESAFAR
Citation No. 7510458